TRUSTEES OF THE BROAD STREET M. E. CHURCH,
appellants,

*v.*

JOHN ELDRIDGE WHITE, respondent.

On appeal from a decree of the chancellor, whose opinion is
reported in *Kimble* v. *White, 5 Dick. Ch. Rep. 28.*

Rea v. Fluck.

*Mr. Samuel W. Beldon,* for the appellants.

*Mr. Mark R. Sooy* and *Mr. Howard Flanders,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, REED, VAN SYCKEL, BOGERT, KRUEGER, SMITH—9.

*For reversal*—None.